**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JULIO ALVARADO, individually, | No. 09-56979 |
| Plaintiff - Appellant, | D. Ct. No. 2:06-cv-07812-PA-RC |
| v. | |
| WILLIAM BRATTON, individually and in his official capacity; LEE BACA, individually and in his official capacity; COUNTY OF LOS ANGELES; CITY OF LOS ANGELES; LOS ANGELES POLICE DEPARTMENT; LOS ANGELES COUNTY SHERIFFS DEPARTMENT; LARRY W. WALDIE, individually and in his official capacity; DOYLE R. CAMPBELL, Assistant Sheriff, individually and in his official capacity; PAUL K. TANAKA, Assistant Sheriff, individually and in his official capacity; MARC L. KLUGMAN, Division Chief, individually and in his official capacity; ERIK SCHICK, #33748, in his individual capacity; MICHAEL LAMBARTH, #337245, in his individual capacity; DAVID GRIMES, #31168, in his individual capacity, | ORDER[*] |
| Defendants - Appellees, | |

---

     [*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

and

WILLIAM STONICH, Assistant Sheriff, individually and in his official capacity; CHARLES JACKSON, Division Chief, individually and in his official capacity,

Defendants.

Appeal from the United States District Court
for the Central District of California
Percy Anderson, District Judge, Presiding

Submitted June 7, 2011[**]
Pasadena, California

Before: BEEZER, TROTT, and RYMER, Circuit Judges.

We affirm the district court's comprehensive judgment dated November 17, 2009, for the reason given by the court in its thorough in chambers minute order dated November 16, 2009.

AFFIRMED.

---

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).